UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN)<br>ECF Case |

**This document relates to:**

*Burnett, et al. v. Al Baraka Investment and Development Corp., et al.*,
    Case No. 03-CV-9849 (GBD)(SN)
*Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.*,
    Case No. 04-CV-7279 (GBD)(SN)
*Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
*Adams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11493 (GBD)(SN)
*Actisdano, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11504 (GBD)(SN)
*Anderson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11509 (GBD)(SN)
*Abraham, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11515 (GBD)(SN)
*Abrahams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11519 (GBD)(SN)
*Arias, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11582 (GBD)(SN)
*Agri, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11619 (GBD)(SN)
*Barrera, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11624 (GBD)(SN)
*Ando, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11664 (GBD)(SN)
*Aepelbacher, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12030 (GBD)(SN)
*Adam, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12118 (GBD)(SN)
*Abreu, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12318 (GBD)(SN)
*Parks, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12322 (GBD)(SN)
*Odland, et al. v. Kingdom of Saudi Arabia*, Case No. 19-CV-26 (GBD)(SN)
*Arias, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-41 (GBD)(SN)
*Prior, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-44 (GBD)(SN)

**NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

PLEASE TAKE NOTICE THAT, pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, and upon the accompanying declaration, the undersigned counsel, Charles Ross Heyl, hereby respectfully moves this Court, before the Honorable George B. Daniels, United States District Judge and the Honorable Sarah Netburn, United States Magistrate Judge, for an Order granting this motion to withdraw as counsel for Plaintiffs in the above-captioned matters. As set forth in the attached declaration,

withdrawal is necessary because the undersigned will be departing the law firm of Motley Rice LLC, on December 29, 2023. In connection with the withdrawal, the clerk is requested to remove the name of the undersigned from the CM/ECF service list.

    The law firm of Motley Rice LLC will continue to serve as counsel for Plaintiffs in the above-captioned matters in this proceeding. The withdrawal of the undersigned will not occasion a request for an extension of any deadlines in the case. The undersigned is not asserting a retaining or charging lien in connection with the undersigned's departure.

Dated: December 27, 2023          Respectfully submitted,

/s/ *Charles Ross Heyl*

C. Ross Heyl
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9066
Facsimile: (843) 216-9450
Email: rheyl@motleyrice.com