USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/5/2026___

**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) | Stephen A. Cozen, *Co-Chair* |
| Jodi Westbrook Flowers, *Co-Chair* | Sean P. Carter, *Co-Chair* |
| Donald A. Migliori, *Co-Chair* | J. Scott Tarbutton, *Liaison Counsel* |
| Robert T. Haefele, *Liaison Counsel* | COZEN O'CONNOR |
| MOTLEY RICE LLC | |

**VIA ECF**

March 4, 2026

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)
                *Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
                *Barrera, et al., v. Al Qaeda Islamic Army, et al., 1:03-cv-07036*
                *Bauer, et al. v. Al Queda Islamic Army, et al., 02-cv-7236*
                *Burlingame, et al. v. Bin Laden, et al., 02-cv-7230*
                *Burnett, et al., v. Al Baraka Investment & Dev. Corp., et al., 03-cv-9849*
                *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al., 04-cv-07065*
                *Continental Cas. Co., et al. v. Al Qaeda Islamic Army, et al., 04-cv-05970*
                *Euro Brokers Inc., et al. v. Al Baraka Investment & Dev. Corp., et al., Case No. 04-cv-7279*
                *Federal Insurance Co., et al. v. Al Qaeda, et al., 03-cv-06978*
                *Estate of John P. O'Neill, et al. v. Al Baraka Inv. & Dev. Corp., et al., 04-cv-01923*
                *Maher, et al. v. Al Qaeda Islamic Army, et al., 03-cv-05071*
                *Salvo, et al. v. Al Qaeda Islamic Army, et al., 03-cv-05071*

Dear Judge Netburn:

The Plaintiffs Executive Committees ("PECs"), along with counsel for Defendant Yassin Abdullah Kadi ("Kadi"), respectfully submit a Proposed Stipulation concerning the conditional dismissal of all claims in this multi-district litigation against Kadi.

Counsel for all Parties respectfully request that the Court authorize Plaintiffs to file the Stipulation and that the Court then enter (or, "so-order") the Stipulation, dismissing the action **as to the identified defendant only**, pursuant to Federal Rule of Civil Procedure 41(a).

As expressly indicated in the Stipulation, Plaintiffs are entering into this Stipulation for solely pragmatic reasons, to avoid further delays in bringing claims against other defendants to trial in this long-running multi-district litigation, and recognizing that this defendant has participated in discovery already and has agreed, as a condition of this Stipulation, to sit for an additional trial deposition under the terms outlined in the Stipulation.

Honorable Sarah Netburn, U.S.M.J.
March 4, 2026
Page 2

_____

Also as indicated in the Stipulation, this defendant continues to assert that the claims against him and/or based on his conduct lack merit and that the Court lacks jurisdiction over him.

The parties have agreed that the conditional dismissal as to the specified defendant shall be with prejudice, subject to the terms and conditions set forth in the Stipulation.

Counsel for all parties whose claims are affected by the Stipulation have reviewed and agreed to the execution of it, and no party objects to the relief requested. Entry of the Stipulation will streamline the proceedings and promote the efficient resolution of the remaining claims without prejudice to any party's rights or defenses.

Finally, as part of the discussions resulting in this Stipulation, the Parties agreed that Plaintiffs would not go forward with the filing of any Averments regarding this defendant, as referenced in ECF No. 11419. Accordingly, the Parties do not contemplate that Plaintiffs will file the Averments, which would have been due to be filed on March 6, 2026. *See* ECF No. 11775.

Accordingly, the parties respectfully request that the Court so-order the Proposed Stipulation and Agreement of Conditional Dismissal.

We thank the Court for its time and consideration.

Respectfully submitted,

| MOTLEY RICE LLC | COZEN O'CONNOR |
|---|---|
| By: /s/ *Robert T. Haefele* | By: /s/ *Sean P. Carter* |
| ROBERT T. HAEFELE | SEAN P. CARTER |
| 28 Bridgeside Boulevard | One Liberty Place |
| Mount Pleasant, SC 29465 | 1650 Market Street, Suite 2800 |
| Tel.: (843) 216-9184 | Philadelphia, Pennsylvania 19103 |

---

The Court has reviewed the parties' Proposed Stipulation. The case caption appears to list duplicate case information for the Maher and Salvo member cases (last two entries). See ECF No. 11831-1 at 1. The Court therefore asks the parties to refile the Proposed Stipulation with corrected details for these member cases.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 5, 2026
        New York, New York